IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOSAID TECHNOLOGIES INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 09-510-GMS |
| ) | |
| INTERNATIONAL BUSINESS ) | |
| MACHINES CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff MOSAID Technologies Inc. ("MOSAID") and Defendant International Business Machines Corporation ("IBM") hereby stipulate to dismiss in their entirety with prejudice each of MOSAID's claims against IBM and IBM's counterclaims against MOSAID, with each party to bear its own costs, expenses and attorneys fees

ASHBY & GEDDES

/s/ Tiffany Geyer Lydon

John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
Caroline Hong (I.D. #5189)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899-1150
(302) 654-1888
jday@ashby-geddes.com
tlydon@ashby-geddes.com
chong@ashby-geddes.com

*Attorneys for Plaintiff,*
*MOSAID Technologies, Inc.*

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Collins J. Seitz, Jr.

Collins J. Seitz, Jr. (I.D. #2237)
David R. Ross (I.D. #5228)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
cseitz@cblh.com
dross@cblh.com

*Attorneys for Defendant, International*
*Business Machines Corporation*

Dated: December 16, 2010

{00468446;v1}